IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


DEMETRIUS AKKARD                                                                                    PLAINTIFF

        v.                              Civil No. 4:13-cv-04104

SHERIFF RON STOVALL;
WARDEN MARTY BRAZELL;
DR. MORGAN                                                                                          DEFENDANTS


## O R D E R

        Plaintiff Demetrius Akkard proceeds in this section 1983 action *pro se*. Currently before the Court is Plaintiff's Motion to Stay. ECF No. 7.

        Plaintiff sent a letter to the Clerk of the Court requesting that the Court "allows me to be granted time/extension when such time comes about to make my case." ECF No. 7. Because there were no pending motions in this matter requiring Plaintiff's response, the Court construed this request as one to stay these proceedings. Plaintiff explains in his Motion that he needs this stay or extension because he has no access to a law library, legal assistance, or law books at this time to present his case.

        Plaintiff filed this matter on October 31, 2013. ECF No. 1. Plaintiff states in his Complaint that he is currently incarcerated in the Miller County Detention Center awaiting transfer to the Arkansas Department of Corrections. ECF No. 1. This matter has not yet been screened for service, Defendants have not entered appearances, and there are no pending motions on the docket.

Accordingly, Plaintiff's Motion to Stay (ECF No. 7) is **GRANTED.** The Court **DIRECTS** the Clerk to administratively terminate these proceedings. Plaintiff is advised that he may file a motion to reopen this case if he decides to pursue the claims made herein.

**IT IS SO ORDERED** this 20th day of November 2013.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE